# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, ex rel. MedInvent, LLC, | Civil No. 13-2639 (RHK/HB) |
| Plaintiff, | **ORDER** |
| v. | |
| Topical Apothecary Group, LLC d/b/a TAG Pharmacy, Aerosol Science Laboratories, Inc., and DW Healthcare Partners, L.P., | |
| Defendants. | |

Relator MedInvent, LLC has filed a Notice of Voluntary Dismissal (Doc. No. 13) to dismiss this action without prejudice and the Government has consented to the voluntary dismissal without prejudice of Relator's Complaint (Doc. No. 14). Based on the foregoing, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 8, 2014           s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge